1  Steven J. Goon (State Bar No. 171993)
   sgoon@rutan.com
2  Tom Richardson (State Bar No. 244461)
   trichardson@rutan.com
3  Benjamin C. Deming (State Bar No. 233687)
   bdeming@rutan.com
4  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
5  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
6  Facsimile:   714-546-9035

7  Attorneys for Plaintiffs
   ASPEN MEDICAL PRODUCTS and W.G.
8  HOLDINGS, LLC

9  Mark C. Johnson (Admitted *Pro Hac Vice*)
   mjohnson@rennerotto.com
10 Kyle B. Fleming (SBN 166386)
   kfleming@rennerotto.com
11 RENNER OTTO
   1621 Euclid Avenue, Floor 19
12 Cleveland, Ohio 44155
   Telephone: 949-623-7200
13 Facsimile: 949-623-7202

14 Attorneys for Defendant
   COMFORTLAND MEDICAL, INC.

15

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEN MEDICAL PRODUCTS, a California Corporation; W.G. HOLDINGS, LLC, a California Limited Liability Company,<br><br>            Plaintiffs,<br><br>     vs.<br><br>COMFORTLAND MEDICAL, INC., a North Carolina Corporation and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 8:16-cv-02001-AG-JCG<br><br>**ORDER ON JOINT STIPULATION FOR ENTRY OF STANDING PROTECTIVE ORDER AND FOR ENTRY OF STANDING E-DISCOVERY ORDER** |

Rutan & Tucker LLP
*attorneys at law*

2705/031021-0011
104484251 a12/29/16

-1-

[PROPOSED ORDER] GRANTING
STIPULATION FOR PROTECTIVE
ORDER AND E-DISCOVERY ORDER

Upon consideration of the parties' Joint Stipulation for Entry of Standing Protective Order and for Entry Of Standing E-Discovery Order ("Joint Stipulation"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Court's Standing Protective Order attached as Exhibit A to the Joint Stipulation is hereby entered and shall govern the production and use of documents in this case.

2. The Court's Standing E-Discovery Order attached as Exhibit B to the Joint Stipulation is hereby entered and shall govern the production of Electronically Stored Information in this case.

Dated: January 5, 2017_____      _____
                                                                    Honorable Jay C. Gandhi
                                                                    United States Magistrate Judge